# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED BRAMBILA; DANIEL BRAMBILA; CHRIS ORTIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01011-MRA-PD<br><br>District Judge: Hon. Hon. Monica Ramirez Almadani<br>Magis. Judge: Hon. Patricia Donahue<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: September 10, 2026

Hon. Mónica Ramírez Almadani
United States District Judge